# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-2672
_____

Keila Thomas

*Plaintiff - Appellant*

v.

Children's Hospital Omaha

*Defendant - Appellee*

Catherine Shaffer; Lori Bonwell; Alexis Akin-Otiko

*Defendant*s
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: April 1, 2026
Filed: April 10, 2026
[Unpublished]
_____

Before SHEPHERD, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Keila Thomas appeals the district court's[1] adverse grant of summary judgment in her employment-related action. After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. See Denson v. Steak'n Shake, Inc., 910 F.3d 368, 370 (8th Cir. 2018) (reviewing grant of summary judgment de novo). Accordingly, we affirm. See 8th Cir. R 47B.

_____

[1]The Honorable Susan M. Bazis, United States District Judge for the District of Nebraska.